August 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THE BRANCH LAW FIRM, L.L.P AND TURNER W. BRANCH, Appellants

NO. 14-13-00820-CV                               V.

WILLIAM SHANE OSBORN, Appellee

_____

This cause, an appeal from the order in favor of appellee, William Shane Osborn, denying appellants the Branch Law Firm, L.L.P. and Turner W. Branch's motion to compel arbitration and stay proceedings, signed September 17, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the ruling of the court below **AFFIRMED**.

We order appellants The Branch Law Firm L.L.P and Turner W. Branch, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.